STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 13-1446 consolidated with CA 13-1043


WESTON P. MILLER, III

VERSUS

CATHY BROUSSARD MILLER


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 95131A
HONORABLE JOHN DAMIAN TRAHAN, DISTRICT JUDGE

**********

**ELIZABETH A. PICKETT**
**JUDGE**

**********

Court composed of Elizabeth A. Pickett, James T. Genovese, and Shannon J. Gremillion, Judges.


**AFFIRMED AS AMENDED.**


**Diane Sorola**
**Attorney at Law**
**402 W. Convent St.**
**Lafayette, LA 70501**
**(337) 234-2355**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
      Weston P. Miller, III

**Gabe A. Duhon**
**James S. Broussard.**
**Attorney at Law**
**P. O. Box 478**
**Abbeville, LA 70511-0478**
**(337) 893-3423**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Catherine Broussard Miller**

**PICKETT, Judge.**

For the reasons expressed in the consolidated case of *Weston P. Miller, III v. Cathy Broussard Miller,* 13-1043 (La.App. 3 Cir. __/__/14), ___ So.3d ___, we affirm the trial court's finding that Cathy Miller was not at fault in the failure of the marriage, amend the trial court's award of final spousal support from $5,350 to $3,350 per month; and affirm the trial court's judgment as amended.

**AFFIRMED AS AMENDED.**